GUSTAV A. KOKE et al., Appellants, *v.* JOHN HENRY BALKEN et al., Respondents.

Reported below, 73 Hun, 145.
(Argued December 10, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

made November 17, 1893, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Josiah T. Marean* for appellants.

*William R. Martin* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.